UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION

UNITED STATES OF AMERICA;
THE STATE OF FLORIDA, ex rel.
Florida Society of Anesthesiologists,

    Plaintiffs/Relator,

v.                                                Civil Action No.
                                                     8:13-cv-2603-T-27AEP

UMESH CHOUDHRY, an individual,
et al.

    Defendants.
_____/

**DEFENDANT NORTH PINELLAS SURGERY CENTER HOLDING
COMPANY, LLC'S NOTICE OF JOINING CO-DEFENDANTS'
RESPONSES TO UNITED STATES' STATEMENT OF INTEREST [99]**

Defendant North Pinellas Surgery Center Holding Company, LLC ("NPSC"), by and through its undersigned counsel, hereby adopts and incorporates as its own Defendants' Advanced Anesthesia Associates, LLC and All Services Anesthesia LLC's Response to United States' Statement of Interest (Doc. 101), Defendant St. Petersburg Endoscopy Center, LLC's Responses to United States' Statement of Interest (Doc 102), and Defendant Physicians Endoscopy Holdings, Inc.'s Response to United States' Statement of Interest (Doc. 103).

Respectfully submitted,

/s/ Douglas J. Titus, Jr_____
Douglas J. Titus, Jr. (Trial Counsel)
FBN: 213756
dtitus@georgeandtitus.com
Peter E. George
FBN: 571938
pgeorge@georgeandtitus.com
George & Titus, P.A.
100 S. Ashley Dr., Suite 320
Tampa, Florida 33602
Tel: (813) 273-0355
Fax: (813) 276-1515
Attorneys for Defendant
*North Pinellas Surgery Center*
  *Holding Company, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 3, 2016, a true and accurate copy of the foregoing has been filed with the Clerk of Court via CM/ECF which will serve all registered users.

By:   /s/ Douglas J. Titus, Jr_____
       Douglas J. Titus, Jr.
       FBN: 213756