IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATE OF FLORIDA; *ex rel.* Florida Society of Anesthesiologists, | Civil Action No. 8:13-cv-2603-T-27AEP |
| Plaintiffs, | |
| v. | |
| Umesh Choudhry, an individual; Curvv, LLC, a Florida Limited Liability Company; Advanced Anesthesia Associates, LLC, a Florida Limited Liability Company; All Services Anesthesia, LLC, a Florida Limited Liability Company; North Pinellas Surgery Center, LLC, a Florida Limited Liability Company; North Pinellas Surgery Center Holding Company, LLC, a Florida Limited Liability Company; St. Petersburg Endoscopy Center, LLC, a Florida Limited Liability Company; E Street Endoscopy LLC (*dba* West Coast Endoscopy Center), a Florida Limited Liability Company; Safety Harbor Surgery Center, LLC, a Florida Limited Liability Company; Clearwater Ambulatory Surgery Centers, Inc., a Florida corporation, *dba* Clearwater Endoscopy Center; Physicians Endoscopy Holdings Inc., a Florida Corporation (collectively, Choudhry Defendants); AS WELL AS | |
| Jack Groover, an Individual; Borland-Groover Clinic, a Florida Corporation; BGC Holdings, a Florida corporation, Jax Anesthesia Providers, LLC, a Florida Limited Liability Corporation; and Southpoint Anesthesia, LLC, a Florida Limited Liability Corporation (collectively, Groover Defendants); | |
| AND John Doe 1-1000; Jane Doe 1-1000, | |
| Defendants. | |

## PARTIAL MOTION FOR VOLUNTARY DISMISSAL
## OF CERTAIN DEFENDANTS PURSUANT TO RULE 41(a)

NOW INTO COURT, through undersigned counsel, comes the Relator, Florida Society of Anesthesiologists, who hereby submits this Partial Motion for Voluntary Dismissal of the above captioned matter, dismissing certain claims alleged in this matter WITHOUT PREJUDICE pursuant to rule 41(a) of the Federal Civil Procedure.

Relator wishes to dismiss voluntarily and WITHOUT PREJUDICE any and all claims alleged against Defendant North Pinellas Surgery Center Holding Company, LLC ("Holding Co."), which concurs in the voluntary dismissal.

First, Relator specifically reserves any and all claims it may have under the Federal False Claims Act, 31 U.S.C. § 3729 et seq., and any analogous state law provisions, for violations alleged in the complaints in this matter against the remaining Defendants and specifically for a Relator's share, attorney fees, and costs as allowed by those statutory provisions.

Second, Relator specifically reserves any rights it has should the government or any state governmental agency elect to pursue any alternate remedies as defined in Federal False Claims Act 31 U.S.C. § 3730(c)(5) and analogous state statute counterparts for all allegations set forth in the complaint in this matter.

Third, Relator has contacted the United States Department of Justice, the United States Attorney's office, and the State of Florida, all of which have CONSENTED to this limited voluntary dismissal in this matter, as the United States of America and State of Florida request this matter be dismissed on a limited basis WITHOUT PREJUDICE as to themselves as well.

In conclusion, Relator Florida Society of Anesthesiologists, by, on behalf of, and in the name of the United States of America and the State of Florida as alleged in the Third Amended False Claims Act Complaint and Demand for Jury Trial, respectfully pray that this Honorable

Court grant this Limited Motion for Dismissal Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure WITHOUT PREJUDICE, reserving for Relator any and all claims he may have as a Relator, as well as those claims not specifically dismissed by this motion on behalf of those Federal and State governmental entities.

## CERTIFICATION

Undersigned counsel, pursuant to Local Rule 3.01(g), conferred with counsel for Defendant North Pinellas Surgery Center Holding Company, LLC, who consents to the relief requested herein.

Respectfully submitted,

s/ Christopher Casper
JAMES HOYER, P.A.
Christopher Casper
FBN: 048320
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
Phone: (813) 397-2300
Fax: (813) 397-2310
ccasper@jameshoyer.com

*Local Counsel for Relator*

VEZINA LAW GROUP
Monica P. Navarro
J. Marc Vezina
280 N. Old Woodward Ave., Ste. LL20
Birmingham, MI  48009
Phone: (248) 558-2700
Fax: (248) 232-1581
mnavarro@vezinalaw.com
jmv@vezinalaw.com

*Lead Counsel for Relator*
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on December 5, 2016 with the Middle District of Florida CM-ECF system, and will be served via CM-ECF e-notification on all counsel of record.

                                                        s/ Christopher Casper