IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATE OF FLORIDA; *ex rel.* Florida Society of Anesthesiologists,<br><br>Plaintiffs,<br><br>v<br><br>Umesh Choudhry, an individual; Curvv, LLC, a Florida Limited Liability Company; Advanced Anesthesia Associates, LLC, a Florida Limited Liability Company; All Services Anesthesia, LLC, a Florida Limited Liability Company; North Pinellas Surgery Center, LLC, a Florida Limited Liability Company; North Pinellas Surgery Center Holding Company, LLC, a Florida Limited Liability Company; St. Petersburg Endoscopy Center, LLC, a Florida Limited Liability Company; West Coast Endoscopy Centers Holdings, LLC, a Florida Limited Liability Company; Safety Harbor Surgery Center, LLC, a Florida Limited Liability Company; Clearwater Ambulatory Surgery Centers, Inc., a Florida corporation; *dba* Clearwater Endoscopy Center; Physicians Endoscopy Holdings Inc., a Florida Corporation; Jack Groover, an Individual; Jax Anesthesia Providers, LLC, a Florida Limited liability Corporation; Borland-Groover Clinic, a Florida Corporation; Southpoint Anesthesia, LLC, a Florida Limited Liability Corporation,<br><br>Defendants. | Civil Action No.<br>8:13-cv-2603-T-27AEP<br><br>**JURY TRIAL DEMANDED** |

**RELATOR'S MOTION FOR LEAVE TO FILE
TWO CONSOLIDATED RESPONSES TO PENDING
MOTIONS TO DISMISS IN EXCESS OF PAGE LIMITATIONS
AND INCORPORATED MEMORANDUM OF LAW**

Relator Florida Society of Anesthesiologists hereby moves the Court for leave to file two consolidated responses, not to exceed 35 pages each, to the 10 pending motions to dismiss filed by the various Defendants in this action. Relator intends to file one consolidated response to the motions filed by the Borland-Groover Defendants and one consolidated response to the motions filed by the Choudhry Defendants. By previous order, responses to all the motions are due on January 23, 2017.

Pursuant to Local Rule 3.01(d), Relator requests leave for each of the consolidated responses to exceed the Rule's page limit of 20 pages. Specifically, Relator requests leave for each consolidated response to include up to 35 pages. As the two consolidated responses will respond to 10 motions, the requested total of 70 pages is substantially fewer pages than Relator would have been permitted to utilize by filing separate responses to each of the 10 motions to dismiss. Accordingly, permitting an additional 15 pages for each consolidated response would promote judicial economy and streamline the Court's consideration of the issues presented in the motions to dismiss. A similar request was previously granted by this Court on August 1, 2016.

WHEREFORE, for the reasons set forth above, Relator respectfully requests leave to exceed the page limitation of Local Rule 3.01(d) in its two consolidated responses to the 10 pending motions to dismiss, with each response not to exceed 35 pages.

### CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

Undersigned counsel has made attempts to confer with counsel for the Defendants who have filed motions to dismiss. Although undersigned counsel has been unable to confer with Defendants' counsel at this point in time, undersigned counsel will continue to attempt to contact opposing counsel, and will notify the Court promptly with any resolution.

Respectfully submitted,

s/ Jesse L. Hoyer
JAMES HOYER, P.A.
Jesse L. Hoyer
FL Bar No.: 076934
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
Phone: (813) 397-2300
Fax: (813) 397-2310
jlhoyer@jameshoyer.com

*Local Counsel for Relator*

VEZINA LAW GROUP
Monica P. Navarro
J. Marc Vezina
280 N. Old Woodward Ave., Ste. LL20
Birmingham, MI  48009
Phone: (248) 558-2700
Fax: (248) 232-1581
mnavarro@vezinalaw.com
jmv@vezinalaw.com

*Lead Counsel for Relator*
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on January 20, 2017 via the Middle District of Florida CM-ECF system, and counsel of record will be served via CM-ECF e-notification.

s/ Jesse L. Hoyer
Jesse L. Hoyer