UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, THE
STATE OF FLORIDA, *ex rel.* FLORIDA
SOCIETY OF ANESTHESIOLOGISTS,

    Plaintiffs/Relators,

v.                                                     Case No: 8:13-cv-2603-T-27AEP

UMESH CHOUDHRY, et al.,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Relator's Notice of Voluntary Dismissal (Dkt. 159). The United States consents to dismissal without prejudice to its rights. (Dkt. 160). The Relator represents that the State of Florida also consents to dismissal of the action without prejudice to its rights. (Dkt. 159 at 2). Accordingly, this case is **DISMISSED** *with prejudice* as to the Relator, but *without prejudice* as to the United States and the State of Florida. The currently sealed docket entries shall remain under seal until further order of this Court.

**DONE AND ORDERED** this 31st day of July, 2017.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to: Counsel of Record